# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR CARRILLO (2), <br><br> Defendant. | Criminal Case No. 14CR2054-H <br><br> Booking No. 48670-298 <br><br> JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Second Superseding Indictment in the above entitled case against defendant Hector Carrillo is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 22, 2015

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE